Case 7:06-cv-15358-CLB   Document 38   Filed 06/01/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMUEL SHECHTER, SUMMIT AT POMONA LTD.,
and SHELDON OCKO,
Individually and on Behalf of all Others           Docket No.: 06 CIV 15358 (CLB)
Similarly Situated,

                                       Judge Charles L. Brieant
                          Plaintiffs,

vs.

JOSEPH TUREK, KATRINA CHAMPAGNE,                   **NOTICE OF DISMISSAL**
BIOMETRICS 2000 CORPORATION, AKCESS                **WITHOUT PREJUDICE**
BIOMETRICS CORPORATION, AXIOM SOLUTIONS            *& Order*
CORPORATION, PERRIN HOLDEN &
DAVENPORT CAPITAL CORP., AARON CAPITAL, INC.,
NELSON BRAFF, AND EYTAN SUGARMAN,

                          Defendants.
------------------------------------------------------------------X

      Plaintiffs, Samuel Shechter, et al., hereby file this Notice of Dismissal Without Prejudice as to defendant Biometrics 2000 Corporation. This Notice of Dismissal Without Prejudice is made pursuant to F.R.Civ.P. 41(a)(1)(i). Biometrics 2000 Corporation has not answered or moved for summary judgment, or otherwise appeared in this action. This Notice of Dismissal Without Prejudice is as to Biometrics 2000 Corporation only, and plaintiffs reserve all claims and causes of action against the remaining defendants.

Dated:      White Plains, New York
              June 1, 2007

                                  Respectfully submitted,

                                  *Peter N. Freiberg*
                                  **RICHARD C. BAKER, ESQ. - RB 0143**
                                  **PETER N. FREIBERG, ESQ. - PF 1561**
                                  Meiselman, Denlea, Packman, Carton & Eberz P.C.
                                  1311 Mamaroneck Avenue
                                  White Plains, New York 10605
                                  Telephone: (914) 517-5000

*So Ordered: July 26, 2007*

*Charles L. Brieant*
        USDJ

1

and

**ANDREW H. DE PODWIN, ESQ. - AD 3768**
De PODWIN & MURPHY, ESQS.
500 Airport Executive Park - Suite 502
Nanuet, New York 10954-5238
Telephone: (845) 371-2300
Counsel for Plaintiffs