LM
Seibel, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL SHECHTER, SUMMIT AT POMONA LTD., and SHELDON OCKO, Individually and on Behalf of all Others Similarly Situated,

Plaintiffs,

- against -

JOSEPH TUREK; KATRINA CHAMPAGNE; BIOMETRICS 2000 CORPORATION; AKCESS BIOMETRICS CORPORATION; AXIOM SOLUTIONS CORPORATION; PERRIN HOLDEN & DAVENPORT CAPITAL CORP.; AARON CAPITAL, INC.; NELSON BRAFF; and EYTAN SUGARMAN,

Defendants.

06 CV 15358 (CS)

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL AND ORDER OF DISMISSAL**

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Samuel Shechter, Summit at Pomona LTD. and Sheldon Ocko, through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants Perrin Holden & Davenport Capital Corp. and Nelson Braff.

Dated: January 22, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Thomas R. Manisero
William J. Kelly
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attorney for Defendants Perrin Holden & Davenport Capital Corp. and Nelson Braff

PHILLIPSON & URETSKY, LLP

Jonathan C. Uretsky, Esq.
111 Broadway, 8th Floor
New York, NY 10006
(212) 571-1164
Attorneys for Defendants Joseph Turek, Katrina Champagne and Akcess Biometrics Corp.

2645879.1

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.

Peter N. Freiberg
Peter N. Freiberg
1311 Mamaroneck Avenue
White Plains, NY 10605
(914) 517-5000
Attorney for Plaintiffs Samuel Shechter,
Sheldon Ocko and Summit at Pomona Ltd.

Dated January 29, 2010

So Ordered:

Cathy Seibel

United States District Court Judge

2645879 1