UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SAMUEL SHECHTER, SUMMIT AT POMONA LTD.,     Docket No.: 06 CIV 15358 (CS)
and SHELDON OCKO,

                                  **CONSENT**
                Plaintiffs,            **JUDGMENT**

              vs.

JOSEPH TUREK, KATRINA CHAMPAGNE,
BIOMETRICS 2000 CORPORATION, AKCESS           **Assigned Judge**:
BIOMETRICS CORPORATION, AXIOM SOLUTIONS      Hon. Cathy Seibel
CORPORATION, PERRIN HOLDEN & DAVENPORT
CAPITAL CORP., AARON CAPITAL, INC., NELSON
BRAFF, AND EYTAN SUGARMAN,

                Defendants.
-----------------------------------------------------------------------X

       This action having been commenced on December 21, 2006 by the filing of the Summons and Complaint, and the parties having appeared by counsel;

       Now, upon application of plaintiff, Summit at Pomona Ltd., and defendant, Joseph Turek, for entry of this Consent Judgment, it is

       ORDERED, ADJUDGED AND DECREED that plaintiff, Summit at Pomona Ltd., have judgment against defendant, Joseph Turek, in the amount of $500,000.00 with interest at the rate provided for by 28 U.S.C. §1961, accruing from the date of the entry of this Consent Judgment, and that plaintiff, Summit at Pomona Ltd., have execution thereon.

Dated:       White Plains, New York
                April 22, 2010

                                           _/s/ Cathy Seibel_
                                           Hon. Cathy Seibel
                                           United States District Judge

This Consent Judgment was entered on the docket
on April ____, 2010.