UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

SAMUEL SHECHTER, SUMMIT AT POMONA LTD., and SHELDON OCKO,

Plaintiffs,

vs.

JOSEPH TUREK, KATRINA CHAMPAGNE, BIOMETRICS 2000 CORPORATION, AKCESS BIOMETRICS CORPORATION, AXIOM SOLUTIONS CORPORATION, PERRIN HOLDEN & DAVENPORT CAPITAL CORP., AARON CAPITAL, INC., NELSON BRAFF, AND EYTAN SUGARMAN,

Defendants.

---------------------------------------------------------------------X

Docket No.: 06 CIV 15358 (CS)

**CONSENT JUDGMENT**

**Assigned Judge**:
Hon. Cathy Seibel

This action having been commenced on December 21, 2006 by the filing of the Summons and Complaint, and the parties having appeared by counsel;

Now, upon application of plaintiff, Samuel Shechter, and defendant, Joseph Turek, for entry of this Consent Judgment, it is

ORDERED, ADJUDGED AND DECREED that plaintiff, Samuel Shechter, have judgment against defendant, Joseph Turek, in the amount of $150,000.00 with interest at the rate provided for by 28 U.S.C. §1961, accruing from the date of the entry of this Consent Judgment, and that plaintiff, Samuel Shechter, have execution thereon.

Dated: White Plains, New York
April 22, 2010

Cathy Seibel

Hon. Cathy Seibel
United States District Judge

This Consent Judgment was entered on the docket on April ____, 2010.