UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAMUEL SHECHTER, SUMMIT AT POMONA LTD., and SHELDON OCKO, Individually and on Behalf of all Others Similarly Situated,

        Plaintiffs,

vs.

JOSEPH TUREK, KATRINA CHAMPAGNE, BIOMETRICS 2000 CORPORATION, AKCESS BIOMETRICS CORPORATION, AXIOM SOLUTIONS CORPORATION, PERRIN HOLDEN & DAVENPORT CAPITAL CORP., AARON CAPITAL, INC., NELSON BRAFF, AND EYTAN SUGARMAN,

        Defendants.

------------------------------------------------------------X

Docket No.: 06 CIV 15358 (CS)

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs, Samuel Shechter, Summit at Pomona Ltd. and Sheldon Ocko, hereby give notice that the above-captioned matter is voluntarily dismissed, with prejudice, as against defendants Katrina Champagne and Akcess Biometrics Corporation.

Dated:    May 12, 2010

| MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C. | PHILLIPSON & URETSKY, LLP |
|---|---|
| *Peter N. Freiberg* | *Jonathan C. Uretsky* |
| Peter N. Freiberg, Esq. (PF 1561) | Jonathan C. Uretsky, Esq. (JU-9612) |
| 1311 Mamaroneck Avenue | 111 Broadway, 8th Floor |
| White Plains, New York 10605 | New York, New York 10006 |
| Telephone: (914) 517-5000 | Telephone: (212) 571-1164 |
| Attorney for Plaintiffs | Attorney for Defendants |
| Samuel Shechter, Summit at Pomona Ltd. and Sheldon Ocko | Joseph Turek, Katrina Champagne and Akcess Biometrics Corporation |