May. 19. 2010 8:50AM Case 7:06-cv-15358-CS Document 94 Filed 05/20/10 Page 1 of 1 P. 3
May 18 2010 4:45PM Phillipson & Uretsky, LLP 212-571-1167 p.2
Case 7:06-cv-15358-CS Document 93 Filed 05/19/2010 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAMUEL SHECHTER, SUMMIT AT POMONA LTD., and SHELDON OCKO, Individually and on Behalf of all Others Similarly Situated,

Plaintiffs,

vs.

JOSEPH TUREK, KATRINA CHAMPAGNE, BIOMETRICS 2000 CORPORATION, AKCESS BIOMETRICS CORPORATION, AXIOM SOLUTIONS CORPORATION, PERRIN HOLDEN & DAVENPORT CAPITAL CORP., AARON CAPITAL, INC., NELSON BRAFF, AND EYTAN SUGARMAN,

Defendants.

------------------------------------------------------------X

Docket No.: 06 CIV 15358 (CS)

**NOTICE OF VOLUNTARY DISMISSAL**



Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs, Samuel Shechter, Summit at Pomona Ltd. and Sheldon Ocko, hereby give notice that the above-captioned matter is voluntarily dismissed, with prejudice, as against defendants Katrina Champagne and Akcess Biometrics Corporation.

Dated: May 12, 2010

MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.

_Peter N. Freiberg_
Peter N. Freiberg, Esq. (PF 1561)
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone: (914) 517-5000
Attorney for Plaintiffs
Samuel Shechter, Summit at Pomona Ltd. and Sheldon Ocko

PHILLIPSON & URETSKY, LLP

_Jonathan G. Uretsky_
Jonathan G. Uretsky, Esq. (JU-9612)
111 Broadway, 8th Floor
New York, New York 10006
Telephone: (212) 571-1164
Attorney for Defendants
Joseph Turek, Katrina Champagne and Akcess Biometrics Corporation

SO ORDERED:
_Cathy Seibel_
Cathy Seibel, U.S.D.J.

Dated: 5/19/10

The Clerk is also directed to terminate Defendant Turek based on Docs. 88-90.